UNITED STATES of America,
Plaintiff—Appellee,

v.

Paul NAGY, Defendant—Appellant.

No. 07–6421.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 15, 2007.

Decided: June 25, 2007.

James B. Craven, III, Durham, North Carolina, for Appellant. Michael David

Bredenberg, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Nagy appeals the district court's order denying his motion for free transcripts. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Nagy,* No. 5:98–hc–00951–BR (E.D.N.C. Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*